IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Trovon Keith, | ) | C/A No.: 1:13-2721-RMG-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Nancy C. Merchant; Tamara Conwell; Maria Leggins; Amy Enloe; Captain Miller; William R. Byars, Jr.; and Dayne Haile; and Rhonda Abston, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter comes before the court on counsel for Defendants' filing [Entry #59] indicating that it will accept service of process on behalf of Rhonda Abston. The Clerk is directed to attach Plaintiff's proposed amended complaint [Entry #38] to his original complaint [Entry #1] and separately docket it as an amended complaint. Defendants are directed to file their answer to the amended complaint by March 10, 2014. Plaintiff is advised that he is no longer responsible for completing the summons and USM-285 for Rhonda Abston.

IT IS SO ORDERED.

February 24, 2014  
Columbia, South Carolina

Shiva V. Hodges  
Shiva V. Hodges  
United States Magistrate Judge